# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **Arthur Robinson,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:06cv02184 |
| | ) |
| **Wonder Bread Bakery, et al.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER GRANTING MOTION OF GREGORY D. BALLEW TO APPEAR *PRO HAC VICE*

AND NOW, this the 3rd day of April, 2007, the Motion of Gregory D. Ballew, of the law firm of Fisher & Phillips LLP for admission to practice before this Court pro hac vice is GRANTED. Gregory D. Ballew is ADMITTED *pro hac vice* for purposes of the above-captioned matter.

IT IS SO ORDERED.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE