# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **Arthur Robinson,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 2:06cv02184 |
| | ) |
| **Wonder Bread Bakery, et al.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER GRANTING
## MOTION OF JAMES R. HOLLAND, II TO APPEAR *PRO HAC VICE*

AND NOW, this the 3rd day of April, 2007, the Motion of James R. Holland, II, of the law firm of Fisher & Phillips LLP for admission to practice before this Court pro hac vice is GRANTED. James R. Holland, II is ADMITTED *pro hac vice* for purposes of the above-captioned matter.

IT IS SO ORDERED.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE